# United States Bankruptcy Court
## Southern District of Florida

In re   **Eduardo Alonso**                                              Case No.   _____

                        Debtor(s)                                       Chapter   **7**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■     Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐     Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of all payment advices **are not** attached because the debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐     None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐     Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐     Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of payment advices **are not** attached because the joint debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐     None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

| /s/ Eduardo Alonso | Date: | **March 12, 2014** |
|---|---|---|

**Eduardo Alonso**
Signature of Attorney or Debtor



# Earnings Statement

**Company Code** R17/LWM 20050143  **Number** 8629  **Page** 1 of 1
In Touch Logistics LLC
780 Fisherman Street
Opa Locka, FL 33054

Period Starting: 12/22/2013
Period Ending: 12/28/2013
Pay Date: 01/06/2014

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
Federal: 0      Federal:
State:   0      State:
Local:   0      Local:
Social Security Number: XXX-XX-0264

**Eduardo Alonso**
6680 West 2 CT APT 204
Hialeah, FL 33012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 41.00 | 533.00 | 533.00 |
| Gross Pay | | | $533.00 | $533.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.73 | 64.73 |
| Social Security | -33.05 | 33.05 |
| Medicare | -7.73 | 7.73 |

Net Pay   $427.49

Your federal taxable wages this period are $533.00

◄ TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.



# Earnings Statement

**Company Code** R1 / LWM 20050143  **Number** 8656  **Page** 1 of 1
In Touch Logistics LLC
780 Fisherman Street
Opa Locka, FL 33054

Period Starting: 01/05/2014
Period Ending: 01/11/2014
Pay Date: 01/17/2014

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 0    Federal:
  State:   0    State:
  Local:   0    Local:
Social Security Number: XXX-XX-0264

Eduardo Alonso
6680 West 2 CT APT 204
Hialeah, FL 33012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 40.00 | 520.00 | 1053.00 |
| Overtime | 19.5000 | 17.50 | 341.25 | 341.25 |

**Gross Pay**  $861.25  $1,394.25

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -124.81 | 189.54 |
| Social Security | -53.39 | 86.44 |
| Medicare | -12.49 | 20.22 |

**Net Pay**  $670.56

Your federal taxable wages this period are $861.25

©1998, 2006. ADP, Inc. All Rights Reserved.

▶ TEAR HERE

# Earnings Statement

**ADP**

Company Code: R1 / LWM 20050143
Number: 8577
Page: 1 of 1

In Touch Logistics LLC
780 Fisherman Street
Opa Locka, FL 33054

Period Starting: 12/08/2013
Period Ending: 12/14/2013
Pay Date: 12/23/2013

Taxable Marital Status: Single
Exemptions/Allowances:
- Federal: 0
- State: 0
- Local: 0

Tax Override:
- Federal:
- State:
- Local:

Social Security Number: XXX-XX-0264

Eduardo Alonso
6680 West 2 CT APT 204
Hialeah, FL 33012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 49.75 | 646.75 | 12610.40 |
| Overtime | 19.5000 | 38.50 | 750.75 | 2560.43 |
| **Gross Pay** | | | **$1,397.50** | **$15,170.83** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -260.50 | 2103.30 |
| Social Security | -86.64 | 940.59 |
| Medicare | -20.27 | 219.98 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Miscellaneous | 0.00 | 40.00 |

**Net Pay** $1,030.09

Your federal taxable wages this period are $1,397.50

©1998, 2006. ADP, Inc. All Rights Reserved

▶ TEAR HERE



**Earnings Statement**

| Company Code | Number | Page |
|---|---|---|
| R1/LWM 20050143 | 8684 | 1 of 1 |

In Touch Logistics LLC
780 Fisherman Street
Opa Locka, FL 33054

Period Starting: 01/12/2014
Period Ending: 01/18/2014
Pay Date: 01/27/2014

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 0    Federal:
  State:   0    State:
  Local:   0    Local:
Social Security Number: XXX-XX-0264

Eduardo Alonso
6680 West 2 CT APT 204
Hialeah, FL 33012

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 41.00 | 533.00 | 1586.00 |
| Overtime | | | 0.00 | 341.25 |
| Gross Pay | | | **$533.00** | $1,927.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -64.73 | 254.27 |
| Social Security | -33.05 | 119.49 |
| Medicare | -7.73 | 27.95 |

Net Pay    **$427.49**

Your federal taxable wages this period are $533.00

©1998, 2006. ADP, Inc. All Rights Reserved.

▶ TEAR HERE